IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH J. TAGGART, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-62 |
| | : | |
| v. | : | |
| | : | |
| MORGAN STANLEY ABS CAPITAL | : | |
| I INC. TRUST 2007-HE2, DEUTSCHE | : | |
| BANK NATIONAL TRUST COMPANY | : | |
| AS TRUSTEE FOR MORGAN STANLEY | : | |
| ABS CAPITAL I INC. TRUST 2007-HE2, | : | |
| MORTGAGE ELECTRONIC | : | |
| REGISTRATION SYSTEMS, INC (a/k/a | : | |
| MERS), MERSCORP, INC., U.S. BANK | : | |
| N.A., EUGENE JASKIEWICZ, VALERIE | : | |
| SCHLECHTER, DOES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 1st day of August, 2016, for the reasons set forth in the accompanying memorandum opinion; accordingly, it hereby **ORDERED** as follows:

1.    The plaintiff's motions to remand (Doc. Nos. 8, 19) are **DENIED**;

2.    The plaintiff's claims against the defendants, Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Eugene Jaskiewicz, and Valerie Schlechter, are **DISMISSED** pursuant to the doctrine of fraudulent joinder;

3.    The motion to dismiss filed by the defendants, Deutsche Bank National Trust Company, Mortgage Electronic Registration Systems, Inc., MERSCORP Holdings, Inc., and U.S. Bank, N.A., (Doc. No. 7) is **GRANTED IN PART** and **DENIED IN PART** as follows:

        a.      The motion to dismiss the quiet title claims under Pennsylvania Rule of Civil Procedure 1061 against the defendants, Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc.Turst 2007-HE2 and U.S. Bank, N.A., is **DENIED**; and

        b.      The motion to dismiss the remaining claims is **GRANTED** and all other claims against all defendants are **DISMISSED WITHOUT PREJUDICE**;

4.      The plaintiff's motion to stay (Doc. No. 23) is **DENIED**; and

5.      The motion to dismiss filed by the defendant, Eugene Jasckiewicz, (Doc. No. 30) is **DENIED AS MOOT**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.